UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 03-50080 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER DENYING |
| vs. | ) | DEFENDANT'S FIRST MOTION |
| | ) | FOR RECONSIDERATION |
| ALEXANDER H. THUNDER HAWK, JR., | ) | OF RELEASE PENDING |
| | ) | REVOCATION HEARING |
| Defendant. | ) | [DOCKET 68] |

Defendant Alexander Thunder Hawk moves the court to release him from custody pending his revocation hearing so that he may reside at the Community Alternatives of the Black Hills or the Cornerstone Rescue Mission. See Docket No. 68. A hearing on this matter was held on Friday, January 6, 2012. Upon consideration of the arguments presented at the hearing by both parties, the court hereby

ORDERS that Mr. Thunder Hawk's motion for release from custody pending his revocation hearing [Docket 68], is denied.

Dated January 6, 2012.

BY THE COURT:

VERONICA L. DUFFY
UNITED STATES MAGISTRATE JUDGE